LESTER ALOSIS BEACH V. STATE.

No. 24107. October 20, 1948.

Hon. Mace B. Thurman, Jr., Judge Presiding.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted for drunk driving upon a public highway and his punishment assessed at a fine of Fifty Dollars.

The record before us contains neither bills of exception nor statement of facts. In such condition, nothing is presented for review. The judgment is affirmed.